| | |
|---|---|
| 1 | JOHN S. SARGETIS (SBN 80630) |
| 2 | UNITED LAW CENTER |
|   | 1390 Lead Hill Boulevard |
| 3 | Roseville, CA 95661 |
|   | Telephone: (916) 367-0630 |
| 4 | Fax: (916) 865-0817 |

JOHN S. SARGETIS (SBN 80630)
UNITED LAW CENTER
1390 Lead Hill Boulevard
Roseville, CA 95661
Telephone: (916) 367-0630
Fax: (916) 865-0817

Attorneys for Plaintiffs
PENNY DOUGHERTY and DENNIS DOUGHERTY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY DOUGHERTY; DENNIS DOUGHERTY<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America, N.A.; Wells Fargo Bank, N. A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-12; Select Portfolio Servicing, Inc.; DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01226-TLN-DB<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANTS WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12 and SELECT PORTFOLIO SERVICING, INC.; ORDER**<br><br>Complaint Filed: April 28, 2015 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiffs Penny Dougherty and Dennis Dougherty ("Plaintiffs") and defendants Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 ("Wells Fargo Trustee") and Select Portfolio Servicing, Inc. ("SPS") (concurrently with Wells Fargo Trustee, "Defendants"), by and through their respective counsel of record, hereby jointly stipulate and agree that Wells Fargo Trustee and SPS shall be dismissed from this action with prejudice and that each party shall bear its own attorneys' fees and costs.

1
STIPULATED REQUEST FOR DISMISSAL AND ORDER
*Dougherty v. Bank of America, N.A., et al.*, Case No. 2:15-cv-01226-TLN-DB

| | | |
|---|---|---|
| 1 | Dated: _____, 2018 | Respectfully submitted, |
| 2 | | UNITED LAW CENTER |
| 3 | | |
| 4 | | By: */s/ John S. Sargetis* |
| 5 | | John S. Sargetis<br>Attorneys for Plaintiff |
| 6 | | PENNY DOUGHERTY AND DENNIS DOUGHERTY |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Dated: _____, 2018 | Respectfully submitted, |
| 11 | | LOCKE LORD LLP |
| 12 | | |
| 13 | | By: */s/ Lindsey E. Kress* |
| 14 | | Regina J. McClendon<br>Lindsey E. Kress |
| 15 | | Attorneys for Defendants |
| 16 | | WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12; and SELECT PORTFOLIO SERVICING, INC. |

I, John S. Sargetis, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Lindsey Kress has concurred in this filing.

*/s/ John S. Sargetis*

//

//

//

//

//

//

**ORDER**

Pursuant to the stipulation of the Parties, defendants Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 ("Wells Fargo Trustee") and Select Portfolio Servicing, Inc. ("SPS") are dismissed with prejudice, and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 16, 2018

Troy L. Nunley
United States District Judge