JOHN S. SARGETIS (SBN 80630)
**UNITED LAW CENTER**
1390 Lead Hill Boulevard
Roseville, California 95661
Telephone: (916) 367-0630
Facsimile: (916) 865-0817

Attorneys for Plaintiffs
PENNY DOUGHERTY and DENNIS DOUGHERTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PENNY DOUGHERTY; DENNIS DOUGHERTY,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America, N.A.; Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-12; Select Portfolio Servicing, Inc., Does 1 Through 50, Inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01226-TLN-DB<br><br>Complaint Filed: 4/28/2015 |

1. Whereas on June 1, 2017 this Court's ORDER, Document 73, 11:17-19 ordered:

"2. Plaintiffs are ORDERED to deposit on the first business day of each month, the sum of $1,700.00 with the clerk of the Court to be held in bond until resolution of this action or further order of the Court."

2. Whereas Plaintiffs Penny Dougherty and Dennis Dougherty have deposited a total of 9 monthly payments of $1,700.00 with the clerk of the Court totaling $15,300.

3. Whereas per the STIPULATION and ORDER signed by District Court Judge Troy L. Nunley on 4/16/18, Document 79, Defendants Select Portfolio Serving, Inc. and Wells Fargo Bank, N.A. are dismissed with prejudice, and each party shall bear its own attorneys' fees and costs.

4. Defendants Select Portfolio Servicing, Inc. and Wells Fargo Bank, N.A. hereby authorize the said $15,300 paid by Plaintiffs Penny Dougherty and Dennis Dougherty to be released to them.

Dated: _____, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　UNITED LAW CENTER


By: */s/   John S. Sargetis*_____
　　　John S. Sargetis
Attorneys for Plaintiffs
PENNY DOUGHERTY AND DENNIS DOUGHERTY


Dated: _____, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LOCKE LORD LLP


By: */s/   Lindsey E. Kress*_____
　　　Regina J. McClendon
　　　Lindsey E. Kress
Attorneys for Defendants
WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12; and SELECT PORTFOLIO SERVICING, INC.

# ORDER

Pursuant to the above **STIPULATION FOR RELEASE OF BOND PAYMENTS,**

**IT IS HEREBY ORDERED** the Clerk of the Court shall release the bond payments paid by Plaintiffs Penny Dougherty and Dennis Dougherty totaling $15,300 to Plaintiffs Penny Dougherty and Dennis Dougherty with a check payable to Penny Dougherty and Dennis Dougherty in the amount of $15,000.

Dated: May 7, 2018

_____
Troy L. Nunley
United States District Judge