JOHN S. SARGETIS (SBN 80630)
**UNITED LAW CENTER**
*A Professional Law Corporation*
1390 Lead Hill Boulevard
Roseville, California 95661
Telephone: (916) 367-0630
Facsimile: (916) 865-0817

Attorneys for Plaintiffs
PENNY DOUGHERTY and DENNIS DOUGHERTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PENNY DOUGHERTY; DENNIS DOUGHERTY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Bank of America, N.A.; Wells Fargo Bank, N.A., )<br>as Trustee, on Behalf of the Holders of the )<br>Harborview Mortgage Loan Trust Mortgage Pass- )<br>Through Certificates, Series 2006-12; Select )<br>Portfolio Servicing, Inc., Does 1 Through 50, )<br>Inclusive, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 2:15-cv-01226-TLN-DB<br><br>**AMENDED STIPULATION FOR RELEASE OF BOND PAYMENTS; ORDER**<br><br><br><br>Complaint Filed: 4/28/2015 |

1.  Whereas on June 1, 2017 this Court's ORDER, Document 73, 11:17-19 ordered:

"2. Plaintiffs are ORDERED to deposit on the first business day of each

month, the sum of $1,700.00 with the clerk of the Court to be held in bond

until resolution of this action or further order of the Court."

2.  Whereas Plaintiffs Penny Dougherty and Dennis Dougherty have deposited a total of 9

monthly payments of $1,700.00 with the clerk of the Court totaling $15,300.00.

3. Whereas per the AMENDED STIPULATION and ORDER signed by District Court Judge Troy L. Nunley on 4/16/18, Document 79, Defendants Select Portfolio Serving, Inc. and Wells Fargo Bank, N.A. are dismissed with prejudice, and each party shall bear its own attorneys' fees and costs.

4. Defendants Select Portfolio Servicing, Inc. and Wells Fargo Bank, N.A. hereby authorize the said $15,300.00 paid by Plaintiffs Penny Dougherty and Dennis Dougherty to be released to them.


Dated: May 15, 2018                    Respectfully submitted,

                                       UNITED LAW CENTER


                                       By: */s/  John S. Sargetis*_____
                                            John S. Sargetis
                                       Attorneys for Plaintiffs
                                       PENNY DOUGHERTY AND DENNIS
                                       DOUGHERTY




Dated: May 15, 2018                    Respectfully submitted,

                                       LOCKE LORD LLP


                                       By: */s/  Lindsey E. Kress*_____
                                            Regina J. McClendon
                                            Lindsey E. Kress
                                       Attorneys for Defendants
                                       WELLS FARGO BANK, N.A., AS TRUSTEE,
                                       ON BEHALF OF THE HOLDERS OF THE
                                       HARBORVIEW MORTGAGE LOAN TRUST
                                       MORTGAGE LOAN PASS-THROUGH
                                       CERTIFICATES, SERIES 2006-12; and
                                       SELECT PORTFOLIO SERVICING, INC.

**<u>ORDER</u>**

Pursuant to the above **AMENDED STIPULATION FOR RELEASE OF BOND PAYMENTS,**

**IT IS HEREBY ORDERED** the Clerk of the Court shall release the bond payments paid by Plaintiffs Penny Dougherty and Dennis Dougherty totaling $15,300.00 to Plaintiffs Penny Dougherty and Dennis Dougherty with a check payable to Penny Dougherty and Dennis Dougherty in the amount of $15,300.00.

DATED: May 15, 2018

_____
Troy L. Nunley
United States District Judge